65 A.3d 296

Carl M. SMITH–BEY, Petitioner

v.

PHILADELPHIA CLERK OF COURTS/PROTHONOTARY, Respondent.

No. 18 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**